# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALONZO HAMPTON,                                                                                    PLAINTIFF
ADC #137559

v.                                         4:21CV00145-JM-JTK

JARED BYERS, et al.                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE